

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Joyce Steel Erection, Ltd., Appellant

No. 06-14-00064-CV     v.

Gordon Ray Bonner, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 11C0822-202). Opinion delivered by Justice Carter,* Chief Justice Morriss and Justice Moseley, participating. *Justice Carter, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify paragraph 1(a) of the trial court's judgment to reflect an award of actual damages to Gordon Ray Bonner in the amount of $1,937,467.32. As modified, the judgment of the trial court is affirmed.

We further order that the appellant, Joyce Steel Erection, Ltd., shall pay eighty-three percent of the costs of this appeal and that the appellee, Gordon Ray Bonner, shall pay seventeen percent of the costs of this appeal.

RENDERED JUNE 17, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk